JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VERNON C. BROWN, JR., III,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFF LYNCH, Warden,<br><br>　　　　Respondent. | Case No. CV 23-03361-CAS (AS)<br><br>**ORDER OF DISMISSAL** |

**I.　BACKGROUND**

On April 24, 2023, Vernon C. Brown, Jr. ("Petitioner"), a California state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition").[1] (Dkt. No. 1). The Petition does not state what conviction and/or sentence Petitioner is challenging.

---

[1] Petitioner has filed numerous habeas petitions in this Court which have been dismissed.

1

Indeed, the Petition does not contain any information or assert any claims.

A Petition for Writ of Habeas Corpus can be filed only by a petitioner who is in state custody and contends that such custody is in violation of the Constitution, laws or treaties of the United States. 28 U.S.C. § 2254(c). Here, Petitioner has failed to allege any claim(s), much less any claims which go to the fact or duration of his confinement. See Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).

Because Petitioner does not state a claim for relief under 28 U.S.C. § 2254, dismissal of the Petition is warranted.

## II. ORDER

ACCORDINGLY, IT IS ORDERED that the Petition be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 18, 2023

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

          /s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE